UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANA HORN, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>SIPARADIGM, LLC,<br>　　　　　　　　　　Defendant. | Case No. 2:24-cv-09459-MCA-JRA<br><br>**CLASS ACTION**<br><br>**CONSENT ORDER CONSOLIDATING CASES** |

　　**WHEREAS,** Scott Cole of Cole & Van Note and Jared Cooper of Robinson Yablon Cooper & Bonfante represent Plaintiff Dana Horn in the matter of *Horn v. siParadigm, LLC,* (Case No. 2:24-cv-09459, filed September 25, 2024);

　　**WHEREAS,** Vicki Maniatis and David Lietz of Milberg Coleman Bryson Phillips Grossman, PLLC represent Tamara Milbauer in the matter of *Milbauer v. siParadigm* (Case No. 2:24-cv-09619, filed October 4, 2024);

　　**WHEREAS,** both matters are data breach litigations arising out of the same alleged data security incident and thus involve the same common questions of law and fact, and also feature the same Defendant and defense Counsel;

　　**WHEREAS,** pursuant to Federal Rules of Civil Procedure Rule 42 and Local Rule 42.1, Plaintiffs in both cases met and conferred with counsel for Defendant siParadigm, LLC, represented by Joseph McNelis III of Constangy, Brooks, Smith & Prophete, LLP, and agreed to consolidate both matters for all purposes;

　　**WHEREAS,** the Parties agree that consolidation is in the best interest of the parties and judicial economy;

**WHEREFORE**, the parties stipulate that the *Horn* matter be deemed the lead case and request that this Court enter an Order consolidating the cases and permitting Plaintiffs to file a consolidated complaint in the Consolidated Action.

       **Robinson Yablon Cooper & Bonfante, LLP**

By: /s/ *Jared R. Cooper*_____
    Jared R. Cooper, Esq.

**Cole & Van Note**
Scott E. Cole, Esq.

*Attorneys for Plaintiff*
*Dana Horn*

**Milberg Coleman Bryson Phillips Grossman, PLLC**

By: /s/ *Vicki J. Maniatis*_____
    Vicki J. Maniatis, Esq.
    David K. Lietz, Esq.

*Attorneys for Plaintiff*
*Tamara Milbauer*

**Constangy, Brooks, Smith & Prophete, LLP**

By: /s/ *Joseph A. McNelis III*_____
    Joseph A. McNelis III, Esq.

*Attorneys for Defendant*
*siParadigm, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANA HORN, individually, and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>v.<br><br>SIPARADIGM, LLC,<br><br>                Defendant. | Case No. 2:24-cv-09459-MCA-JRA<br><br>**CLASS ACTION**<br><br>**CONSENT ORDER** |

       The Court has reviewed the Consent Order of the parties. Accordingly, pursuant to Fed. R. Civ. P. 42(a)(2), *Milbauer v. siParadigm*, Case No. 2:24-cv-09619 shall be consolidated with the above-captioned action. Pursuant to the agreement of all parties, the *Horn* action shall be the lead case. Plaintiffs shall file a consolidated complaint on or before **January 16, 2025**.

                                                                                                SO ORDERED.

                                                                            Hon. José R. Almonte, U.S.M.J.
                                                                            Date: December 16, 2024